# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JUAN BONILLA-MEJIAS, | * |
| Petitioner, | * CIVIL ACTION NO.: 5:15-cv-54 |
| v. | * |
| TRACY JOHNS, | * |
| Respondent. | * |

## ORDER

Presently before the Court is the Magistrate Judge's June 6, 2016, Report and Recommendation, dkt. no. 15, to which no objections have been filed. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Petitioner leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)